

**United States Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Lauren D. Kober*  
*Assistant United States Attorney*

*970 Broad Street, Suite 700*  
*Newark, NJ 07102*

*tel: (973) 645-6104*

January 16, 2025

**VIA ECF**

Honorable Stacey D. Adams
United States Magistrate Judge
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

    Re:   *United States v. Daquan McCallum*
               Mag. No. 24-11282

Dear Judge Adams:

    The United States writes with respect to the pending motion to withdraw as counsel, filed by defense counsel on December 17, 2024. ECF No. 21. Prior to the filing of the motion, plea negotiations were in progress; however, they have come to a halt in light of the pending motion. To the extent the Court requires additional information beyond the filing, the Government is available to appear for a status conference at the Court's convenience to determine whether the appointment of new defense counsel is appropriate so that the parties can resume plea negotiations.

    Thank you for your consideration.

                                       Respectfully submitted,

                                       VIKAS KHANNA
                                       Acting United States Attorney

                                       *s/ Lauren D. Kober*
                              By: LAUREN D. KOBER
                                       Assistant United States Attorney

cc:    Adam M. Elewa, Esq.